PROOF of Service (1-Notice of Motion and motion to Dismiss First Amended Complaint on Grounds of Lack of Subject Matter Jurisdiction, Failure to State a Claim for Relief and Failure to Join an Indispensable Party [F.R.C.P. 12(b)(1), 12(b)(6) adn 12(b)(7)]; Judicial Notice requested [F.R.E. 201] 2- Memorandum of Points and Authorities in Support of defendants Walsworth, Franklin, Bevins & McCall, and Jeffrey P. Walsworth's Joint Motion to dismiss First Amended Complaint on Grounds of lack of subject matter jurisdiction, failure to state a claim for relief and to join an indispensable party [F.R.C.P. 12(b)(10, 12(b)(6) adn 12(b)(7)]; Judicial Notice Requested [F.R.E. 201]; 3) Exhibits to Memorandum of Points and Authorities in Support of Defendants Walsworth , Franklin, Bevins & CmCall and Jeffrey P. Walsworth's Joint Motion to Dismiss First Amended Complaint on Grounds of lack of Subject matter jurisdiction, failure to state a claim for relief and failure to join an indispensable party [f.r.c.p. 12(b)(10, 12(b)(6) and 12(b)(7)]; Judicial Notice Requested [F.R.E. 201](cover page only- exhibits are the same as the previous filing);;   [LV EOD 06/17/2002]